**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WENDY ROY,

        Plaintiff,

v.                          Case No:   6:13-cv-1656-Orl-40KRS

PERDUE FARMS, INC.,

        Defendant.

### ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal with Prejudice (Doc. 61), filed October 23, 2014, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Any pending motions are hereby **DENIED** as moot.

3. Each party is to bear their own costs.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 24, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties